**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-7752**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TANYA GLENN MUNOZ,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CR-93-146-BR, CA-96-664-5-BR)

Submitted: March 13, 1997     Decided: March 20, 1997

Before HALL, ERVIN, and WILKINS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Tanya Glenn Munoz, Appellant Pro Se. Bruce Charles Johnson, OF-FICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying her motion under 28 U.S.C. § 2255 (1994), _amended by_ Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. _United States v. Munoz_, Nos. CR-93-146-BR; CA-96-664-5-BR (E.D.N.C. Oct. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED